AUSA  Timothy McDonald
Special Agent  Lawrence Ballard

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

4

United States of America

v.

Ehtemad CHOWDHURY
aka: Ehtasham CHOWDHURY

Case: 2:17-mj-30535
Assigned To : Unassigned
Assign. Date : 10/12/2017
Description: CMP USA v. CHOWDHURY (SO)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 17, 2015 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18 United States Code, Section(s) | 1425 - Attempt Naturalization Fraud |
| | 1546(a) - False Statement in Application |
| | 1015(a) - False Statement Naturalization Proceeding |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
Complainant's signature

Lawrence Ballard, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

_____
Judge's signature

Date: __October 12, 2017__

City and state: __Detroit, MI__

MONA K. MAJZOUB
UNITED STATES MAGISTRATE JUDGE

## Affidavit

I, Lawrence C. Ballard, being duly sworn, do hereby state:

1.  I am a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE).  I have been employed in this capacity since December 2006. I am currently assigned to the Enforcement and Removal Operations. In such capacity, I have reviewed the official Immigration file and system automated data relating to Ehtemad CHOWDHURY (aka Ehtasham CHOWDHURY), herein referred to as CHOWDHURY, which attests to the following:

2.  The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all of the information collected during my investigation.

3.  On April 15, 1993, CHOWDHURY claimed he entered the United States at New York, NY via the use of another individual's passport and an unknown/forgotten alias.

4.  On May 27, 1993, CHOWDHURY filed an Asylum application under the identity, Ehtesham CHOWDHURY, DOB: 01/19/1966 (**Identity 1**). At this time CHOWDHURY is assigned Alien number A070900803.

5.  On January 22, 1997, CHOWDHURY's Asylum application was denied by the Chicago Asylum Office and his case was referred to an Immigration Judge.

6.  On April 22, 1999, an Immigration Judge denied CHOWDHURY's Asylum request and he was granted Voluntary Departure until January 24, 2000. No record was found in his A-file or in U.S. Citizenship and Immigration Services (USCIS) records indicating he departed the U.S. as required. By operation od law CHOWDHURY's Voluntary Departure order converted into a Removal order after January 24, 2000.

7.  On February 12, 2003, CHOWDHURY filed an I-485 application for permanent resident status under the identity Ehtemad CHOWDHURY, DOB: 01/19/1971 (**Identity 2**) based on his marriage to a naturalized U.S. Citizen (Syeda Rohima AKHTAR, A045594688). This I-485 application was approved on August 03, 2004, and CHOWDHURY was granted lawful permanent resident (IR6) status and assigned Alien number 096418367. **USCIS records indicate that CHOWDHURY's fingerprints were classified as "Non-Ident" at the time. The I-485 application shows that CHOWDHURY did not disclose any prior names/identities or immigration related removal actions and he stated that he last entered the U.S. without inspection on September 07, 2000.**

8.      On June 20, 2012, Immigration and Customs Enforcement (ICE), Detroit Field Office issued a Warrant of Removal/Deportation under the identity Ehtesham CHOWDHURY, DOB: 01/19/1966.

9.      On March 04, 2014, CHOWDHURY filed an I-90 application to replace his existing lawful permanent resident card. At this time, it was discovered that CHOWDHURY's fingerprint identification number (FIN 1031827237) matched that of an individual named Ehtesham CHOWDHURY, DOB: 01/19/1966/ A070900803 (**Identity 1**) showing he was previously issued a Voluntary Departure Order by an immigration judge on April 22, 1999 but, apparently, never departed as ordered. Case was referred to the ICE Benefit Fraud Unit.

10.     On February 17, 2015, CHOWDHURY filed Form N-400, Application for Naturalization with USCIS Detroit Office. On April 08, 2017, **this application was denied for false testimony and failure to disclose previous identity and derogatory immigration history.** On the application, CHOWDHURY makes the following fraudulent statements under penalty of perjury:

   1.  CHOWDHURY fails to include any/all of the other names he has used (Part 1, Question #3).
   2.  CHOWDHURY denies ever committing or attempting to commit a crime that he wasn't arrested for (fraudulent entry into the U.S.) (Part 11, Question #22).
   3.  CHOWDHURY denies ever being arrested, cited or detained by ANY law enforcement official to include immigration officials or the US Armed Forces (Served with an Order to Show Cause by immigration officials and granted Voluntary Departure in immigration court) (Part 11, Question #23).
   4.  CHOWDHURY denies ever entering the United States via the use of another individual's passport and an unknown/forgotten alias (Part 11, Question #30).
   5.  CHOWDHURY denies ever giving any US Government official any information or documentation that was false, fraudulent or misleading (Part 11, Question #31).
   6.  CHOWDHURY denies having ever lied to any U.S. Government official to gain entry or admission into the United States or to gain immigration benefits while in the United States. Failed to list he entered the U.S. via the use of another individual's passport and an unknown/forgotten alias. Failed to list his dual identity and prior immigration record in the I-485 application and was granted lawful permanent resident status (Part 11, Question #32).
   7.  CHOWDHURY denies ever being placed in removal, exclusion, rescission or deportation proceedings (Part 11, Question #34).

11.     On April 06, 2017, CHOWDHURY conducted a videoed N-400 interview with a USCIS Officer at the USCIS Office in Detroit, MI. At the conclusion of the interview and when confronted with his false immigration statements, CHOWDHURY admitted to utilizing a false identity and his prior immigration history.

12. On April 24, 2017, USCIS Detroit sent a Referral to Immigration and Customs Enforcement (RTI) for further investigation in that CHOWDHURY is a national of a **Special Interest** Country who appears to be an absconder, in violation of a Voluntary Departure Order and having dual identities.

13. On May 31, 2017, the official Alien file was received and reviewed.

14. On June 23, 2017, a fingerprint comparative analysis of a fingerprint card of Ehtesham Amed CHOWDHURY, DOB 01/19/1966, dated 05/24/1999 **(Identity 1)** and an I-89 Card Data Collection Form for A096 418 367, dated 08/03/04 **(Identity 2)** showing that the fingerprint impressions on both documents were made by the same individual.

15. Based upon the above information, probable cause exists to believe that Ehtemad CHOWDHURY (aka Ehtasham CHOWDHURY) did provide false testimony and failed to disclose a previous identity with a derogatory immigration history and received or attempted to receive a benefit from the United States Government in violation of Title 18, United States Code, Section(s) 1425, 1546(a) and 1015(a).

Lawrence Ballard, Deportation Officer
United States Department of Homeland Security
Immigration and Customs Enforcement

Subscribed and sworn to before me this 12th day of October 2017

United States Magistrate Judge
United States District Court
Eastern District of Michigan